EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Reinaldo Ramos Valentín | 2004 TSPR 195 <br><br> 163 DPR _____ |

Número del Caso: TS-4658

Fecha: 3 de diciembre de 2004

Oficina del Procurador General:

                  Lcda. Minnie H. Rodríguez López
                  Procuradora General Auxiliar

Colegio de Abogados de Puerto Rico:

                  Lcdo. José M. Montalvo Trías
                  Director Ejecutivo

 Abogado del Querellado:

                  Por Derecho Propio

Materia: Solicitud de Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Reinaldo Ramos Valentín


TS-4658


RESOLUCIÓN


En San Juan, Puerto Rico, a 3 de diciembre de 2004.


Examinadas la Moción en Cumplimiento de Resolución del Procurador General de Puerto Rico, así como la Moción en Contestación a Resolución presentada por el Colegio de Abogados de Puerto Rico, se reinstala al Lcdo. Reinaldo Ramos Valentín al ejercicio de la abogacía. Se le concede término de quince (15) días a la Directora de la Oficina de Inspección de Notarías para que se exprese en torno a la reinstalación del licenciado Ramos Valentín al ejercicio de la notaría.

Publíquese.

Lo acordó el Tribunal y lo certifica la Subsecretaria del Tribunal Supremo.


María I. Colón Falcón
Subscretaria del Tribunal Supremo